**MANDATE**

S.D.N.Y. – N.Y.C.
22-cv-4787
Swain, C.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of May, two thousand twenty-three.

Present:
    Susan L. Carney,
    Richard J. Sullivan,
    Eunice C. Lee,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jun 15 2023

William Rivera,

        *Plaintiff-Appellant*,

v.                                                                                                  22-2980

Supt. Michael Capra, Superintendent of Sing Sing C.F.,
Mr. Bonilla, DIN#98A7337,

        *Defendants-Appellees*,

Anthony Annucci, Acting Commissioner – NYS DOCCS,

        *Defendant*.

Appellant, pro se, moves for leave to proceed in forma pauperis and for free transcripts. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see* 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/15/2023